UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
------------------------------------------------------------------X

HAN KIM
5511 Wooded Creek Drive
St. Charles, MO

and

YONG SEOK KIM
5511 Wooded Creek Drive
St. Charles, MO,

                     Plaintiffs,

            -against-

Civ. No. 09-648 (RWR)

DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA,
a.k.a. NORTH KOREA
c/o Foreign Minister, Pak Ui Chun
Ministry of Foreign Affairs
Jung song-dong, Central District
Pyong Yang, DRK

and

JOHN DOES 1-10.
                     Defendants.
------------------------------------------------------------------X

## FIRST AMENDED COMPLAINT

      Plaintiffs, by counsel, complain of the Defendants and allege for their First Amended Complaint as follows:

## INTRODUCTION

      1.      This is a civil action for damages pursuant to the Foreign Sovereign Immunities Act ("FSIA") 28 U.S.C. § 1602 *et seq.*, brought by United States citizens whose father and brother, Reverend Kim Dong Shik, was abducted on January 16, 2000 by officials, employees

and agents of defendant Democratic People's Republic of Korea ("North Korea"), and was then tortured and murdered by officials, employees and agents of defendant North Korea.

## JURISDICTION

2. This Court has jurisdiction over this matter and over the defendants pursuant to 28 U.S.C. §§ 1330 and 1605A(a), which create subject-matter and personal jurisdiction for civil actions for personal injury or death caused by acts of torture or extrajudicial killing carried out by state sponsors of terrorism and their officials, employees and agents.

## THE PARTIES

3. Plaintiff Yong Seok Kim is the younger brother of Reverend Kim Dong Shik. Plaintiff Yong Seok Kim was on January 16, 2000 and remains today a United States citizen. As the result of his brother's torture and murder, plaintiff Yong Seok Kim has experienced the loss of his brother's society, companionship, comfort, advice and counsel and has suffered severe mental anguish, extreme emotional distress and solatium damages.

4. Plaintiff Han Kim is the son of Reverend Kim Dong Shik. Plaintiff Han Kim became an American citizen in 2003 and remains a United States citizen today. As the result of his father's torture and murder, plaintiff Han Kim has experienced the loss of his father's society, companionship, comfort, advice and counsel and has suffered severe mental anguish, extreme emotional distress and solatium damages.

5. Defendant Democratic People's Republic of Korea ("North Korea"), through its officials, employees and agents, intentionally ordered, directed and caused the torture and murder of Reverend Kim Dong Shik and the resulting harm to the plaintiffs herein.

6. Defendant North Korea is a foreign state within the meaning of 28 U.S.C. § 1603.

7. Defendant North Korea was designated as a state sponsor of terrorism pursuant to

section 6(j) of the Export Administration Act of 1979 (50 U.S.C. § 2405(j)) in 1988 and was so designated within the six month period before this action was filed.

8. Defendants John Does 1-10 are, and at all times relevant hereto were, officials, employees and agents of North Korea who, within the scope of their office, employment and agency, tortured and murdered Reverend Kim Dong Shik and/or ordered, directed and caused the torture and murder of Reverend Kim Dong Shik, and thereby harmed the plaintiffs herein.

## STATEMENT OF FACTS

### A.  Relevant Background

9. Defendant North Korea is a one-party totalitarian state modeled as a Stalinist dictatorship. North Korea's supreme leader Kim Jong-il rules over his citizens with an iron fist, limits all political and economic freedoms and tolerates no dissent. Every aspect of social, political, and economic life is tightly controlled by the state. Human rights organizations have identified North Korea as one of the most repressive regimes in the world, with a brutal record of human rights violations. Those who have managed to escape from North Korea have reported that torture, starvation, rape, medical experimentation, forced labor and murder are utilized by the regime and its security services to maintain control over the population. The death penalty is regularly imposed on those accused of even minor political infractions against the state.

10. Defendant North Korea has frequently abducted and imprisoned foreign citizens. In 2002, North Korea publicly admitted that its security services had engaged in the kidnapping of Japanese citizens between 1977 and 1983. While some surviving victims and their families were allowed to leave North Korea and return to Japan, numerous other cases of Japanese detainees remain unresolved. In October 2005, North Korea acknowledged for the first time having kidnapped South Korean citizens in previous decades, claiming that several abductees, as

well as several POWs from the Korean War, were still alive in North Korea. South Korea asserts that nearly 500 of its citizens have been abducted and imprisoned by North Korea since the end of World War II.

11. Pursuant to the official policy of North Korea prior to and leading up to Reverend Kim Dong Shik's abduction, torture and murder, North Korea's official security services actively hunted down and abducted refugees and defectors who had crossed into China, as well as other perceived enemies of the regime, and brought these abductees to North Korea where they were imprisoned, tortured and frequently murdered.

12. The U.S. Department of State has confirmed that those imprisoned in North Korea are subjected to torture:

> Methods of torture and other abuse reportedly included severe beatings, electric shock, prolonged periods of exposure to the elements, humiliations such as public nakedness, confinement for up to several weeks in small "punishment cells" in which prisoners were unable to stand upright or lie down, being forced to kneel or sit immobilized for long periods, being hung by the wrists, being forced to stand up and sit down to the point of collapse, and forcing mothers recently repatriated from China to watch the infanticide of their newborn infants. Defectors continued to report that many prisoners died from torture, disease, starvation, exposure to the elements, or a combination of these causes.
>
> During the year Shin Dong-hyuk, a defector born and confined in a political prison camp in Kaechon in South Pyongan Province for 22 years, explained that beatings and torture were a common occurrence within the camp. Shin reported that he was tortured with hot coals while being hung from the ceiling after members of his family tried to escape from the camp.
>
> In 2006 a defector reported that, upon his repatriation from China in 2000, authorities forced him to crouch for long periods of time with a wooden pole placed between his calves and thighs; while crouching, booted guards

> would stomp on the top of his legs, crushing his toes and hyperextending his knees. He also reported that interrogators forced him to kneel forward onto fire-heated iron plates.
>
> In 2005 a defector reported that she lost the use of her feet due to severe beatings she received from police for attempting to leave the country. …
>
> Reports indicated that conditions in the political prison camps were harsh. Systematic and severe human rights abuses occurred throughout the prison and detention system. Detainees and prisoners consistently reported violence and torture. According to refugees, in some places of detention, prisoners received little or no food and were denied medical care.

U.S. State Department publication, *2007 Country Reports on Human Rights Practices: Democratic People's Republic of Korea*.

### B. The Abduction, Torture and Murder of Reverend Kim Dong Shik

13. Reverend Kim Dong Shik was born in South Korea in 1947. He graduated Koshin University in Pusan and was ordained as a Presbyterian minister. He was the father of two children from his first marriage and adopted five additional children with his second wife. Reverend Kim was employed for many years as a minister in South Korea on behalf of the Chicago Evangelical Holiness Church, a Korean-American church located in Illinois.

14. In 1993 Reverend Kim Dong Shik moved to China to work as a missionary providing humanitarian and religious services to the families of North Korean defectors and refugees who had fled across the Sino-Korean border seeking asylum.

15. At the time, tens of thousands of North Koreans were living in China after fleeing the dismal humanitarian conditions and political oppression in their homeland. There have been famines, starvation and widespread shortages of basic food supplies in North Korea for decades. Humanitarian conditions and health care in neighboring China are known to be of a much higher

standard and many North Korean citizens have risked arrest and imprisonment to escape to China in order to feed themselves and care for their families and escape the repressive North Korean government.

16. In the Chinese town of Yunji, Reverend Kim set up numerous refugee shelters and a school for expatriate North Korean children and handicapped persons. He named the school "The School of Love."

17. During this period North Korean and its security agencies took steps to stop the flow of defectors and refugees to China, which were a political embarrassment and undermined the regime. North Korea increased its military patrols along the Chinese border. The security services gathered information against those seeking to defect and carried out pre-emptive arrests and imprisonments. North Korean border guards had a policy of shooting to kill anyone attempting to escape North Korea for China. In addition, the security services organized squads of agents who crossed into Chinese border towns in order to hunt down North Koreans who had fled. These agents frequently disguised themselves as refugees and infiltrated the shelters and hide-outs of those who successfully reached China. Once located, the agents abducted the refugees and defectors and brought back to North Korea where they were imprisoned in harsh labor camps, tortured, underwent "re-education" programs and in many instances were executed. The most severe sentences and treatment were inflicted by North Korea on Christian activists or those who attempted to make their way to South Korea, North Korea's main enemy.

18. The North Korean security service learned of Reverend Kim's activities on behalf of the defectors and refugees and decided to abduct him and bring him to North Korea to thwart his work on behalf of those who had escaped.

19. In April 1999 an agent of the North Korean security services, who used the

pseudonym "Lee Sun Hee" made Reverend Kim's acquaintance while posing as a defector. For ten months she kept in close contact with Reverend Kim and reported to her superiors in the North Korean security services on his activities as the abduction plan was being organized by the North Korean security services. According to the confessions of a member of the abduction squad, Kim Hak Ju, who was eventually arrested and prosecuted in South Korea for his role in the abduction, Lee Sun Hee operated under instructions from a senior North Korean state-security official who was charged with abducting defectors and others deemed to be working against the interest of the North Korean government.

20. On January 16, 2000, Lee Sun Hee arranged to meet with Reverend Kim at a restaurant under the pretext of introducing him to two other recent defectors. After eating a meal together and leaving the restaurant, Reverend Kim was forced inside a taxi by North Korean security agents.

21. As Reverend Kim was placed in the front seat of a taxi, two of the abductors jumped in the back and forced the cabbie to drive off. The taxi drove Reverend Kim out of Yunji city and in the town of Sanhe the North Korean security agents transferred him to another car that transported him to the Sino-Korean border near the crossing on the Tumen River. The abductors then took Reverend Kim across the border to North Korea.

22. Reverend Kim was imprisoned in a labor camp in North Korea for political detainees where he underwent brutal torture by officers, employees and agents of defendant North Korea.

23. Officers, employees and agents of defendant North Korea demanded that Reverend Kim renounce his religious beliefs and adopt Juche, the official political ideology of the North Korean government.

24.     When Reverend Kim refused to adopt the Juche ideology he was punished by being deprived of all food by his jailers, who were officers, employees and agents of defendant North Korea.

25.     Reverend Kim died as the result of starvation and the torture inflicted upon him during his imprisonment by officers, employees and agents of defendant North Korea.

26.     Although the exact date and location of Reverend Kim's death are not known, his remains are believed to be in People's Army Camp 91, a garrison in Sangwon, a suburb on the outer skirts of Pyongyang.

27.     In 2005, several former North Korean agents were arrested by South Korean law enforcement officials and prosecuted for abducting refugees and defectors who had escaped to China. From these agents information concerning Reverend Kim's arrest, torture and murder was provided to the plaintiffs. Specifically, the plaintiffs learned that Reverend Kim had been taken to North Korea and tortured to death by officers, employees and agents of defendant North Korea acting within their office, employment and agency.

**FIRST CLAIM FOR RELIEF**
**AGAINST ALL DEFENDANTS ON BEHALF OF ALL PLAINTIFFS**
**ACTION FOR DAMAGES UNDER 28 U.S.C. §1605A(c)**

28.     Plaintiffs repeat and re-allege each and every allegation of the foregoing paragraphs as if fully set forth herein.

29.     Defendant North Korea was designated as a state sponsor of terrorism pursuant to section 6(j) of the Export Administration Act of 1979 (50 U.S.C. § 2405(j)) in 1988 and was so designated within the six month period before this action was filed.

30.     Defendant North Korea, through its officials, employees and agents including defendants John Does 1-10, intentionally ordered, directed and caused the torture and murder of

Reverend Kim Dong Shik.

31. Defendants John Does 1-10 are, and at all times relevant hereto were, officials, employees and agents of North Korea who, within the scope of their office, employment and agency, tortured and murdered Reverend Kim Dong Shik and/or ordered, directed and caused the torture and murder of Reverend Kim Dong Shik.

32. Defendants' treatment of Reverend Kim Dong Shik constituted torture within the meaning of 28 U.S.C. § 1605A.

33. Defendants' murder of Reverend Kim Dong Shik constituted an extrajudicial killing within the meaning of 28 U.S.C. § 1605A.

34. The torture and murder of Reverend Kim Dong Shik by defendants caused his brother, plaintiff Yong Seok Kim, severe harm, including the loss of his brother's society, companionship, comfort, advice and counsel and severe mental anguish, extreme emotional distress and solatium damages.

35. The torture and murder of Reverend Kim Dong Shik by defendants caused his son, plaintiff Han Kim, severe harm, including the loss of his father's society, companionship, comfort, advice and counsel and severe mental anguish, extreme emotional distress and solatium damages.

36. The defendants are therefore jointly and severally liable under 28 U.S.C. § 1605A(c) for the full amount of plaintiffs' damages.

37. Defendants' conduct was criminal in nature, outrageous, extreme, wanton, willful, malicious, and constitutes a threat to the public warranting an award of punitive damages under 28 U.S.C. § 1605A(c).

**SECOND CLAIM FOR RELIEF**
**AGAINST ALL DEFENDANTS ON BEHALF OF ALL PLAINTIFFS**
**INFLICTION OF EMOTIONAL DISTRESS PURSUANT TO**
**MISSOURI AND CALIFORNIA LAW OR OTHER APPLICABLE LAW**

38.   Plaintiffs repeat and re-allege each and every allegation of the foregoing paragraphs as if fully set forth herein.

39.   Defendants' conduct was willful, outrageous, egregious, and dangerous to human life, and violates applicable criminal law, all international standards of civilized human conduct and common decency.

40.   Defendants illegally abducted, tortured and murdered Reverend Kim and in doing so intentionally or negligently terrorized the plaintiffs and caused them severe emotional distress.

41.   Defendants' conduct was outrageous in the extreme, wanton, willful and malicious, and constituted a threat to the public at large warranting an award of punitive damages.

**THIRD CLAIM FOR RELIEF**
**AGAINST ALL DEFENDANTS ON BEHALF OF ALL PLAINTIFFS**
**LOSS OF CONSORTIUM AND SOLATIUM PURSUANT TO**
**MISSOURI AND CALIFORNIA LAW OR OTHER APPLICABLE LAW**

42.   Plaintiffs repeat and re-allege each and every allegation of the foregoing paragraphs as if fully set forth herein.

43.   At all relevant times, plaintiffs Han Kim and Yong Seok Kim were, respectively, the son and brother of Reverend Kim.

44.   As a result of the abduction, torture and murder of Reverend Kim by the defendants the plaintiffs were deprived of the services, society and solatium of their father and brother and suffered severe mental anguish, bereavement and grief, and injury to their feelings

45.   Defendants' conduct was outrageous in the extreme, wanton, willful and

malicious, and constitutes a threat to the public at large. Plaintiffs are therefore entitled to an award of punitive damages against defendants in an amount to be determined at trial.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiffs pray that this Court:

    (a)    Enter judgment against defendants, jointly and severally, in favor of each plaintiff for compensatory damages in amounts to be determined at trial;

    (b)    Enter judgment against defendants, jointly and severally, in favor of each plaintiff for punitive damages in amounts to be determined at trial;

    (c)    Enter judgment against defendants in favor of each plaintiff for any and all costs sustained in connection with the prosecution of this action, including attorneys' fees; and

    (d)    Grant such other and further relief as justice requires.

Dated: November 23, 2009

                      Respectfully submitted,

                      THE BERKMAN LAW OFFICE, LLC
                      *Counsel for Plaintiffs*

By:    <u>/S/ Robert J. Tolchin</u>
         Robert J. Tolchin
         (D.C. Bar #NY0088)

         111 Livingston Street, Suite 1928
         Brooklyn, New York 11201
         (718) 855-3627
         Fax: (718) 504-4943

         NITSANA DARSHAN-LEITNER & CO.
         Nitsana Darshan-Leitner
         (International co-counsel)
         10 Hata'as Street
         Ramat Gan, 52512 Israel