09-0648

U.S. POSTAGE
WASHINGTON, DC
20210
$0.00
AMOUNT
R2305K137042.25
00415
9400

neopost
03/22/2016
US POSTAGE
FIRST-CLASS MAIL
.841
$30.41
ZIP 11201
041L13808673

neopost
03/22/2016
US POSTAGE
$06.00
ZIP 11201
041L13808673

100. Registered
mail to North
Korea

United States Postal Service
REGISTERED MAIL
RA 965 509 790 US
Label 200A, July 1999
UNITED WE STAND

United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Democratic People's Republic of Korea
a.k.a North Korea
c/o Foreign Minister Ri Su-yong
Ministry of Foreign Affairs
10 Somun Street
Jungsong-dong, Central District
Pyong Yang, DPRK

RTS

North Korea.

Documents  Commercial sample  Merchandise  Dangerous Goods
Gift  Humanitarian Donation  Other

Detailed description of contents (1)

Legal Doc
Subpoena
Return affidavit

AES Exemption (6)
NOEEI 30.37(a)  NOEEI § 30.37(h)
I certify the particulars given in this customs declaration are
correct. This item does not contain any undeclared dangerous
articles, or articles prohibited by legislation or by postal or
customs regulations. I have met all applicable
requirements pursuant to federal law and regulations.
Sender's Signature and Date (9)

PS Form 2976, July 2013  PSN 7530-01-000-9333