UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
------------------------------------------------------------------------X

KIM, *et al.*,

                      Plaintiffs,

-*against*-

DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA, *et al.*,

                      Defendants.

Civil Action No:
09-cv-648 (RWR)

------------------------------------------------------------------------X

## **PROOF OF SERVICE**

      PLEASE TAKE NOTICE that the annexed documents are signed receipts for the service of the default judgment and accompanying documents as reflected in the certificates of mailing docketed as Dkt. 72, 73, 75, and 76.

Dated:    Brooklyn, New York
             July 8, 2019

                                        Respectfully submitted,

                                        THE BERKMAN LAW OFFICE, LLC
                                        *Attorneys for the Plaintiff*

                                        by:      /s/ Robert J. Tolchin
                                                Robert J. Tolchin

                                        111 Livingston Street, Suite 1928
                                        Brooklyn, New York 11201
                                        718-855-3627`



April 19, 2016

Dear Customer:

The following is the proof-of-delivery for tracking number **775931462559**.

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | M.JI | **Delivery location:** | 820 SECOND AVENUE NEW YORK CITY, NY 10017 |
| **Service type:** | FedEx Priority Overnight | **Delivery date:** | Mar 28, 2016 10:18 |
| **Special Handling:** | Deliver Weekday | | |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 775931462559 | **Ship date:** | Mar 25, 2016 |
| | | **Weight:** | 1.0 lbs/0.5 kg |

| Recipient: | Shipper: |
|---|---|
| Permanent Mission of N.K. to UN | Robert Tolchin |
| Ministry of Foreign Affairs | USDC: DIstrict of Columbia |
| 820 Second Avenue | 333 Constitution Avenue, N.W. |
| 13th Floor | WASHINGTON, DC 20001 US |
| NEW YORK CITY, NY 10017 US | |
| **Reference** | Kim, et al v. Democratic's Rep |

Thank you for choosing FedEx.



| | | | | | |
|---|---|---|---|---|---|
| Shipping | Tracking | Manage | Learn | FedEx Office ® | |

My Profile | Support | Locations | English | Search or tracking number

Login

# FedEx ® Tracking

**775931462559**

| Ship date: | | Actual delivery: |
|---|---|---|
| Fri 3/25/2016 | **Delivered** | Mon 3/28/2016 10:18 am |
| WASHINGTON, DC US | Signed for by: M.JI | NEW YORK CITY, NY US |

## Travel History

| ▲ Date/Time | Activity | Location |
|---|---|---|
| − 3/28/2016 - Monday | | |
| 10:18 am | Delivered | NEW YORK CITY, NY |
| 8:26 am | On FedEx vehicle for delivery | NEW YORK, NY |
| 7:28 am | At local FedEx facility | NEW YORK, NY |
| 3:30 am | Departed FedEx location | NEWARK, NJ |
| − 3/27/2016 - Sunday | | |
| 8:06 pm | Arrived at FedEx location | NEWARK, NJ |
| 4:59 pm | Departed FedEx location | MEMPHIS, TN |
| − 3/26/2016 - Saturday | | |
| 8:41 am | Arrived at FedEx location | MEMPHIS, TN |
| − 3/25/2016 - Friday | | |
| 9:05 pm | Left FedEx origin facility | WASHINGTON, DC |
| 7:13 pm | Picked up | WASHINGTON, DC |
| − 3/22/2016 - Tuesday | | |
| 11:31 am | Shipment information sent to FedEx | |

## Shipment Facts

| | | | |
|---|---|---|---|
| Tracking number | 775931462559 | Service | FedEx Priority Overnight |
| Weight | 1 lbs / 0.45 kgs | Delivered To | Receptionist/Front Desk |
| Total pieces | 1 | Total shipment weight | 1 lbs / 0.45 kgs |
| Terms | Shipper | Shipper reference | Kim, et al v. Democratic's Rep |
| Packaging | FedEx Envelope | Special handling section | Deliver Weekday |

FedEx

Search or tracking number

| Customer Focus | Featured Services | Companies | Follow FedEx | United States - English |
|---|---|---|---|---|
| New Customer Center | FedEx Delivery Manager | FedEx Express | | |
| Small Business Center | FedEx SameDay | FedEx Ground | | |
| Service Guide | FedEx Home Delivery | FedEx Office | | |
| Customer Support | Healthcare Solutions | FedEx Freight | | |
| **Company Information** | Online Retail Solutions | FedEx Custom Critical | | |
| About FedEx | Packaging Services | FedEx Trade Networks | | |
| Careers | Ancillary Clearance Services | FedEx CrossBorder | | |
| Investor Relations | **Other Resources** | FedEx SupplyChain | | |
| Subscribe to FedEx email | FedEx Compatible | FedEx TechConnect | | |
| | Developer Resource Center | | | |
| | FedEx Ship Manager Software | | | |
| | FedEx Mobile | | | |

© FedEx 1995-2016                    Global Home | Site Map | fedex.com Terms of Use | Security and Privacy



EXCELLENCE. SIMPLY DELIVERED.

19 April 2016

Dear Customer,

This is a proof of delivery / statement of final status for the shipment with waybill number 6857986030.

Thank you for choosing DHL Express.

www.dhl.com

**Your shipment 6857986030 was delivered on 30 March 2016 at 14.24**

| | | | |
|---|---|---|---|
| **Signed** | DICKENS | **Destination Service Area** | PYONGYANG KOREA, THE D.P.R OF (NORTH K.) |
| **Signature** | *(signature image)* | **Shipment Status** | Delivered |
| | | **Piece ID(s)** | JD014600002941016420 |

## Additional Shipment Details

| | | | |
|---|---|---|---|
| **Service** | EXPRESS ENVELOPE | **Origin Service Area** | WASHINGTON - RONALD REAGAN NATIONAL UNITED STATES OF AMERICA |
| **Picked Up** | 25 March 2016 at 14.48 | **Shipper Reference** | KIM, ET AL V. DEMOCRATIC PEOPLE |



EXCELLENCE. SIMPLY DELIVERED.

19 April 2016

Dear Customer,

This is a proof of delivery / statement of final status for the shipment with waybill number 6858083271.

Thank you for choosing DHL Express.

www.dhl.com

**Your shipment 6858083271 was delivered on 30 March 2016 at 19.32**

| | | | |
|---|---|---|---|
| **Signed** | NK | **Destination Service Area** | LONDON-HEATHROW UNITED KINGDOM |
| **Signature** | | **Shipment Status** | Delivered |
| | | **Piece ID(s)** | JD014600002941031663 |

## Additional Shipment Details

| | | | |
|---|---|---|---|
| **Service** | EXPRESS ENVELOPE | **Origin Service Area** | WASHINGTON - RONALD REAGAN NATIONAL UNITED STATES OF AMERICA |
| **Picked Up** | 25 March 2016 at 14.48 | **Shipper Reference** | KIM, ET AL V. DEMOCRATIC PEOPLE |



EXCELLENCE. SIMPLY DELIVERED.

19 April 2016

Dear Customer,

This is a proof of delivery / statement of final status for the shipment with waybill number 6858090260.

Thank you for choosing DHL Express.

www.dhl.com

**Your shipment 6858090260 was delivered on 14 April 2016 at 11.23**

| | | | |
|---|---|---|---|
| **Signed** | MAILROOM | **Destination Service Area** | BEIJING & SURROUNDING AREA<br>CHINA, PEOPLES REPUBLIC |
| **Signature** | *[signature]* | **Shipment Status** | Delivered |
| | | **Piece ID(s)** | JD014600002941032518 |

## Additional Shipment Details

| | | | |
|---|---|---|---|
| **Service** | EXPRESS WORLDWIDE nondoc | **Origin Service Area** | WASHINGTON - RONALD REAGAN NATIONAL<br>UNITED STATES OF AMERICA |
| **Picked Up** | 25 March 2016 at 14.48 | **Shipper Reference** | KIM, ET AL V. DEMOCRATIC PEOPLE |